📎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

## Report on Offender Under Supervision

**Name of Offender:** Larry Antonio Simmons　　**Case Number:** 2:10CR00653-001

**Name of Sentencing Judicial Officer:** The Honorable Patrick Michael Duffy, Senior U.S. District Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, U.S. District Judge

**Date of Original Sentence:** March 26, 2013

**Original Offense:** Possession with Intent to Distribute Crack Cocaine, in violation of Title 21 U.S.C. § 841(b)(1)(B) and 851

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 262 months followed by 96 months supervised release. Defendant has the following special conditions: 1) The defendant shall participate in a life skills program, including but not limited to Workforce Development and/or the Makin' It Work Program, as deemed necessary by the U.S. Probation Officer, until such time as his release from the program is approved by the probation officer and 2) He shall submit to substance abuse testing and/or treatment as approved by the U.S. Probation Officer until such time as he is released from the program by the probation officer.

**Amended Sentence:** On January 17, 2025, the defendant received a Grant of Clemency by President Joseph R. Biden Jr. which commuted his active term of imprisonment to expire on July 16, 2025, leaving intact and in effect the term of supervised release imposed by the Court with all conditions and all other components of the original sentence.

**Type of Supervision:** Supervised Release　　**Date Supervision Commenced:** July 16, 2025

**Previous Court Action/Notification(s):** None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **New Criminal Conduct:** On September 7, 2025, the defendant was arrested by the Dorchester County Sheriff's Office for Driving Under Suspension-1st Offense. The defendant posted a $674.50 cash/surety bond. |
| 2. | **New Criminal Conduct:** On September 7, 2025, the defendant was arrested by the Dorchester County Sheriff's Office for Driving Under the Influence, less than .10-1st Offense. The defendant posted a $992.00 cash/surety bond. |

**U.S. Probation Officer Action:** It is respectfully recommended that the violation be held in abeyance and no action be taken by the Court at this time. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation. The defendant will be referred to Dorchester Alcohol and Drug Commission for a drug and alcohol assessment. As of the date of this correspondence, the probation office has not received an incident report from the arresting agency as requested. Should our office receive the report and conduct details warrant more adverse action, our office will notify the Court. The charges remain pending in the Dorchester County Magistrate Court, and the defendant is scheduled for an initial appearance on October 13, 2025, at 2:00pm. Should adjudication of the pending charges result in a guilty disposition, the Court will be notified for further action.

Respectfully Submitted,

By: *Christian M. Chamberlain*
Christian M. Chamberlain
U.S. Probation Officer
Charleston Office

Date: September 16, 2025

Reviewed and Approved By:

*LaSheika S. VanDyke*
LaSheika S. VanDyke
Supervising U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |
| | Submit a Request for Modifying the Condition or Term of Supervision |
| | Submit a Request for Warrant or Summons |
| | Other |

*Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge

September 17, 2025
Date