✏ Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

## District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Larry Antonio Simmons        **Case Number:** 2:10CR00653-001

**Name of Sentencing Judicial Officer:** The Honorable Patrick Michael Duffy, Senior U.S. District Judge
**Name of Current Judicial Officer:** The Honorable Bruce Howe Hendricks, U.S. District Judge

**Date of Original Sentence:** March 26, 2013

**Original Offense:** Possession with Intent to Distribute Crack Cocaine, in violation of Title 21 U.S.C. § 841(b)(1)(B) and 851

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 262 months followed by 96 months supervised release. Defendant has the following special conditions: 1) The defendant shall participate in a life skills program, including but not limited to Workforce Development and/or the Makin' It Work Program, as deemed necessary by the U.S. Probation Officer, until such time as his release from the program is approved by the probation officer and 2) He shall submit to substance abuse testing and/or treatment as approved by the U.S. Probation Officer until such time as he is released from the program by the probation officer.

**Amended Sentence:** On January 17, 2025, the defendant received a Grant of Clemency by President Joseph R. Biden Jr. which commuted his active term of imprisonment to expire on July 16, 2025, leaving intact and in effect the term of supervised release imposed by the Court with all conditions and all other components of the original sentence.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** July 16, 2025

**Previous Court Action/Notification:** On September 16, 2025, the Court was notified of defendant's arrest for DUI 1st Offense and Driving Under Suspension 1st Offense on September 7, 2025, and no action was requested at that time. Both charges have since been dismissed in the Dorchester County Magistrate Court.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | **New Criminal Conduct: The defendant is subject to the following condition: You must not commit another federal, state or local crime.** |

On February 1, 2026, the defendant was arrested by the North Charleston Police Department for Open Container. Defendant posted a $257.50 bond. This charge remains pending in the North Charleston Municipal Court.

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 2

**U.S. Probation Officer Action:** It is respectfully recommended that the violation be held in abeyance and no action be taken by the Court at this time. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation. As noted in the previous court action/notification section, the charges of DUI 1st Offense and Driving Under Suspension 1st Offense from the defendant's September 2025 arrest have since been dismissed in the Dorchester County Magistrate Court. The defendant was given the opportunity to show he could refrain from further violations involving the use of alcohol; however, due to the most recent arrest, he will be referred to Dorchester Alcohol and Drug Commission for a drug and alcohol assessment. Should adjudication of the pending charge result in a guilty disposition, the Court will be notified for further action.

Respectfully Submitted,

By: *Christian M. Chamberlain*  
Christian M. Chamberlain  
U.S. Probation Officer  
Charleston Office

Date: February 5, 2026

Reviewed and Approved By:

*LaSheika S. VanDyke*  
LaSheika S. VanDyke  
Supervising U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |
| | Submit a Request for Modifying the Condition or Term of Supervision |
| | Submit a Request for Warrant or Summons |
| | Other |

*Bruce H. Hendricks*  
Bruce Howe Hendricks  
United States District Judge

February 5, 2026  
Date